UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH R. MARTINSON,<br><br>Defendant. | CASE NO. CR02-280-TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 10, 2006. The United States was represented by Sarah Vogel. The defendant was represented by Brian Tsuchida.. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Manufacturing Marijuana on or about April 11, 2003. The Hon. Thomas S. Zilly of this Court sentenced Defendant to one month of custody followed by 6 months of home confinement.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Brian Facklan alleged that Defendant violated the conditions of supervised

release in one respect:

 (1) Using cocaine on or before January 10, 2006, in violation of standard condition number 7.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 13 day of March, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge : Hon. Thomas S. Zilly
  Assistant U.S. Attorney : Sarah Vogel
  Defense Attorney : Brian Tsuchida
  U. S. Probation Officer : Brian Facklan